This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO,**

    Plaintiff-Appellant,

**v.**                                                                                          **No. 32,346**

**MARQUIS FRANCO,**

    Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF CHAVES COUNTY**
**Freddie J. Romero, District Judge**

Gary K. King, Attorney General
Margaret E. McLean, Assistant Attorney General
Joel Jacobsen, Assistant Attorney General
Santa Fe, NM

for Appellant

Jacqueline Cooper, Chief Public Defender
Nancy Hewitt, Assistant Appellate Defender
Santa Fe, NM

for Appellee

**MEMORANDUM OPINION**

**SUTIN, Judge.**

The State appeals from a district court order suppressing evidence. We issued a calendar notice proposing to affirm. The State has filed a suggestion of death, indicating that Defendant has died. *See* Rule 12-301(A) NMRA. The State has also filed a response, indicating it will not be filing a memorandum in opposition. Rule 12-301(A) gives this Court discretion in deciding how to proceed after notification of the death of a party. *See Henry v. Daniel*, 2004-NMCA-016, ¶ 15, 135 N.M. 261, 87 P.3d 541 (discussing this Court's discretion to resolve appeal on the merits following death of a party). In light of the foregoing, this appeal is dismissed as moot.

**IT IS SO ORDERED.**


_____
**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**


_____
**JAMES J. WECHSLER, Judge**


_____
**J. MILES HANISEE, Judge**